**No. 08-1335. Michael J. Astrue, Commissioner of Social Security, Petitioner v. Brandy Wilson.**

561 U.S. 1001, 130 S. Ct. 3450, 177 L. Ed. 2d 1048, 2010 U.S. LEXIS 5101.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of Astrue v. Ratliff, 560 U.S. 586, 130 S. Ct. 2521, 177 L. Ed. 2d 91 (2010).

**No. 09-203. Martin Escobar, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1001, 130 S. Ct. 3451, 177 L. Ed. 2d 1048, 2010 U.S. LEXIS 5173.

June 21, 2010. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

**No. 09-539. Victor Hugo Cardona-Lopez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1001, 130 S. Ct. 3452, 177 L. Ed. 2d 1048, 2010 U.S. LEXIS 5105.

June 21, 2010. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

**No. 09-676. Jason Edward Simmons, Petitioner v. United States.**

561 U.S. 1001, 130 S. Ct. 3455, 177 L. Ed. 2d 1048, 2010 U.S. LEXIS 5076.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 340 Fed. Appx. 141.

**No. 09-733. Lyndon Young, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1001, 130 S. Ct. 3455, 177 L. Ed. 2d 1048, 2010 U.S. LEXIS 5115.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S.